**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> RANDY J SHELATZ <br> ANA L SHELATZ <br>     Debtor(s) <br><br> Ronda J. Winnecour <br>     Movant <br>     vs. <br> No Repondents. | Case No.:11-11923 TPA <br><br><br><br> Document No.: |

### TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/30/2011  and confirmed on 02/09/2012 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,683.81 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,683.81 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,948.44 | |
|     Trustee Fee | 2,369.83 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,318.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ERIE FEDERAL CREDIT UNION(*) <br>     Acct: 0003 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FIRST CHOICE COMMUNITY FCU** <br>     Acct: 0001 | 0.00 | 14,981.45 | 0.00 | 14,981.45 |
|   HSBC BANK USA NA (RE)** <br>     Acct: XXX6878 | 0.00 | 16,875.87 | 0.00 | 16,875.87 |
|   FIRST CHOICE COMMUNITY FCU** <br>     Acct: XXX0001 | 313.00 | 0.00 | 0.00 | 0.00 |
|   HSBC BANK USA NA (RE)** <br>     Acct: XXX6878 | 2,507.04 | 0.00 | 0.00 | 0.00 |
| | | | | 31,857.32 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** <br>     Acct: | 2,950.00 | 2,948.44 | 0.00 | 0.00 |
|   RANDY J SHELATZ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   FOSTER LAW OFFICES** <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 600.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 33,508.22 | 33,508.22 | 0.00 | 33,508.22 |
| Acct: XXXXXXXXXXXX USA | | | | |
| | | | | 33,508.22 |
| **Unsecured** | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0199 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0128 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2451 | | | | |
| CAPITAL ONE BANK NA** | 7,938.09 | 0.00 | 0.00 | 0.00 |
| Acct: 1286 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2801 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7943 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7513 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1014 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6650 | | | | |
| CHEXSYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2549 | | | | |
| OAK HARBOR CAPITAL III LLC | 606.19 | 0.00 | 0.00 | 0.00 |
| Acct: 4075 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 1,186.98 | 0.00 | 0.00 | 0.00 |
| Acct: 0405 | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0918 | | | | |
| DISCOVER BANK(*) | 3,128.66 | 0.00 | 0.00 | 0.00 |
| Acct: 8928 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3421 | | | | |
| FDS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2620 | | | | |
| FIRST CHOICE COMMUNITY FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FIRST CHOICE COMMUNITY FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0021 | | | | |
| FIRST CHOICE COMMUNITY FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FIRST CHOICE COMMUNITY FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0505 | | | | |
| FURNITURE CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6783 | | | | |
| GEMB/CARE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9790 | | | | |
| GEMB/JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0793 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 2,273.46 | 0.00 | 0.00 | 0.00 |
| Acct: 3563 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 6127 | 3,858.58 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 6274 | 1,885.86 | 0.00 | 0.00 | 0.00 |
| DEERE & CO/JOHN DEERE CREDIT<br>Acct: 5237 | 0.00 | 0.00 | 0.00 | 0.00 |
| KOHL'S<br>Acct: 2452 | 0.00 | 0.00 | 0.00 | 0.00 |
| M & T BANK/CREDIT CORP<br>Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK FORMERLY NATIONAL CITY BA<br>Acct: 5183 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK FORMERLY NATIONAL CITY BA<br>Acct: 7301 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK FORMERLY NATIONAL CITY BA<br>Acct: 9045 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK FORMERLY NATIONAL CITY BA<br>Acct: 1693 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST SAVINGS BANK**<br>Acct: 7006 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 4040 | 4,670.31 | 0.00 | 0.00 | 0.00 |
| PNC BANK<br>Acct: 5183 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 9166 | 3,189.92 | 0.00 | 0.00 | 0.00 |
| SEARS/CITI CARD USA*<br>Acct: 8898 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHEFFIELD FINANCIAL/B B & T*<br>Acct: 1603 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SVCS INC<br>Acct: 3910 | 0.00 | 0.00 | 0.00 | 0.00 |
| TNB VISA<br>Acct: 6453 | 0.00 | 0.00 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL III LLC<br>Acct: 5752 | 10,275.16 | 0.00 | 0.00 | 0.00 |
| VICTORIA'S SECRET<br>Acct: 1310 | 0.00 | 0.00 | 0.00 | 0.00 |
| WFFNB RAINBOW PLAY SYSTEMS<br>Acct: 2295 | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL S JAN JANIN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                                                65,365.54

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 33,508.22 |
| SECURED | 2,820.04 |
| UNSECURED | 39.013.21 |

    **Wherefore** the trustee requests a final decree be entered which discharges the trustee and her surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: 11/18/2015

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com