## UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: Randy Jay Shelatz and Ana Lidia Shelatz : | |
| Debtor : | Case No. 11-11923- TPA |
| Seterus, Inc. as the authorized subservicer for : | Chapter 13 |
| Federal National Mortgage Association : | |
| ("Fannie Mae"), creditor c/o Seterus, Inc, its : | Docket No. |
| successors and assigns : | |
| Movant : | Hearing Date & Time: 7/6/2016 at 11:00 AM |
| v. : | Response Due Date: 6/2/2016 |
| Randy Jay Shelatz and Ana Lidia Shelatz : | |
| Respondent : | |
| and : | |
| Ronda J. Winnecour, Trustee | |
| Additional | |
| Respondent | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC, ITS SUCCESSORS AND ASSIGNS FOR MOTION TO DISBURSE UNCLAIMED FUNDS**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **6/2/2016**, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**YOU SHOULD TAKE THIS NOTICE TO YOUR LAWYER AT ONCE.**

A hearing will be held on **7/6/2016 at 11:00 AM. before the Honorable Judge Thomas P. Agresti at Erie Bankruptcy Courtroom, 17 South Park Row, Erie, PA 16501**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing: 5/16/16

        /s/Jeniece D. Davis, Esquire
**Jeniece D. Davis, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**(610) 328-2887 Ext. 16**
**Jeniece@mvrlaw.com**
**Attorney I.D. #208967**