## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| IN RE ) | CASE NO. 11-11923-TPA |
| Randy J. Shelatz and Ana L. Shelatz ) | |
| ) | CHAPTER 13 |
|     Debtor(s) ) | |
| ) | |
| HSBC Bank USA, National Association ) | |
| ) | |
|     Movant ) | |
| ) | |
|     v. ) | |
| Randy J. Shelatz and Ana L. Shelatz and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
|     Respondent(s) | |

**MOTION TO PAY UNCLAIMED FUNDS UNDER 28 U.S.C. § 2042**

    AND NOW, COMES the Claimant, HSBC Bank USA, National Association, by and through its counsel, Warner Mariani, Esquire, and WARNER MARIANI, LLC, counsel for their Attorney-In-Fact, The Locator Services Group, Ltd., and moves this Honorable Court to order the withdrawal of moneys on deposit for this estate in the name of creditor, HSBC Bank USA NA, and to order the payment of these moneys to Claimant for the foregoing reasons:

    1. There was a dividend check in the amount of $33,508.22 in the above named case issued to HSBC Bank USA NA, a creditor in this case.

    2. Said check not having been cashed by said payee, the Standing Chapter 13 Trustee, per 11 U.S.C. §347(a), delivered the unclaimed money to the Clerk, United States Bankruptcy Court, Western District of Pennsylvania.

    3. The Locator Services Group Ltd. has been appointed by HSBC Bank USA, National Association as its lawful Attorney-In-Fact who is duly authorized by the attached original Power of Attorney and supporting documentation to apply for these funds. (See "Exhibit A" attached hereto)

4. The Claimant's current address is: HSBC Bank USA, National Association, 2929 Walden Avenue, C1 , Depew, NY 14043, Attn: Keith Gaume, Vice President. Telephone Number: (716) 841-7790.

5. The Claimant has no knowledge that this claim has been previously paid or that any party other than Claimant is entitled to these funds.

6. An examination of the Docket in this case does not reflect that this claim has been previously paid.

7. A Certificate of Service has been filed with this Application.

WHEREFORE, I respectfully request that the unclaimed dividends in the amount of $33,508.22 be made payable to HSBC Bank USA, National Association and mailed c/o The Locator Services Group Ltd., 280 Summer St., Suite 400, Boston, MA 02210.

Respectfully Submitted:
WARNER MARIANI, LLC

/s/ Warner Mariani
Warner Mariani, Esquire
428 Forbes Avenue, Suite 555
Pittsburgh, PA 15219
(412) 281-3360
Pennsylvania Bar ID - #61968