# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| IN RE<br>Randy J. Shelatz and Ana L. Shelatz<br><br>  Debtor(s)<br><br>HSBC Bank USA, National Association<br><br>  Movant<br><br>  v.<br><br>Randy J. Shelatz and Ana L. Shelatz and<br>Ronda J. Winnecour, Trustee,<br><br>  Respondent(s) | CASE NO. 11-11923-TPA<br><br>CHAPTER 13 |

## AFFIDAVIT AND CERTIFICATION OF ATTORNEY-IN-FACT

I, Mark K. Warren, Esq., am the Deputy General Counsel of The Locator Services Group Ltd., and hereby state under the pains and penalties of perjury that to the best of my knowledge, the statements contained in the attached Motion to Pay Unclaimed Funds Under 28 U.S.C. §2042 and all other documents submitted in support of this Motion are true and correct.

Respectfully Submitted,

_____
Mark K. Warren, Esq.
MA Bar No. 662334
The Locator Services Group, Ltd.
280 Summer Street, Suite 400
Boston, MA 02210-1131
Tel.: (617) 859-0600, Ext. 441
associatecounsel@tlsgltd.com

SUBSCRIBED AND SWORN before me this 27TH day of June, 2016.

_____
NOTARY PUBLIC
In and for the Commonwealth of Massachusetts,
County of Suffolk

My commission expires: 4.7.17.

ALYCIA DeANGELIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 7, 2017