# Exhibit A

SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:     1.   *Intake Clerk* *

           2.   *Case Administrator*

UC

FROM:   *Financial Administrator*

DATE: 10/29/2015

CASE NAME: Shelatz

CASE NUMBER: 11-11923-TPA

---

Check Number 963669 in the amount of $ 33,508.22 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 10430     Intake Clerk's Initials LF

---

*   *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

10/28/2015

Michael R. Rhodes, Esquire      OR      Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court              Clerk, US Bankruptcy Court
5414 U.S. Steel Tower                   U.S. Courthouse, Room B160
600 Grant Street                        17 South Park Row
Pittsburgh, PA 15219                    Erie, PA 16501

Re: RANDY J SHELATZ
ANA L SHELATZ
Case No: 11-11923TPA

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Hsbc Bank Usa Na (Re)**
C/O Hsbc Mortgage
2929 Walden Ave
Depew, NY 14043

CHECK NUMBER 963669    AMOUNT $33508.22

    The disbursement(s) was returned to the Trustee for the following reason:

PROOF OF ASSIGNMENT NEEDED

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: DANIEL P FOSTER ESQ**
RANDY J SHELATZ
ANA L SHELATZ
Hsbc Bank Usa Na (Re)**

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

HSBC Bank USA, National Association, a national association incorporated and existing under the laws of the United States having a location at 452 Fifth Avenue, New York, New York 10018 ("HSBC"), appoints The Locator Services Group Ltd. ("TLSG"), acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of HSBC Bank USA NA in the amount of $33,508.22 and held by the United States Bankruptcy Court, Western District of Pennsylvania in the matter of Shelatz with case number 11-11923.

HSBC grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to HSBC Bank USA NA with the exception of filing any lawsuits. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation. TLSG shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Limited Power of Attorney. TLSG shall provide an accounting for all funds handled and all acts performed under this Limited Power of Attorney if requested by the undersigned.

TLSG, as attorney in fact, may not make any expenditure or incur any costs on behalf of HSBC.

This Limited Power of Attorney shall expire two years from the date of execution by HSBC.

Signed this __7__ day of __June__, 201_6_.

HSBC Bank USA, National Association

By: _____          Tax ID No. 20-1177241
    Keith Gaume
    Vice President

---

State of New York
County of Erie

On __June 7__, 201_6_ before me, __John Cyr__, Notary Public, personally appeared Keith Gaume who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New York that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature: _____                    NOTARY SEAL

My Commission Expires: __7/20/18__

*HSBC 23POAs No Corporate Seal 03.23.16.doc 2014*



## HSBC BANK USA, NATIONAL ASSOCIATION

### SECRETARY'S CERTIFICATE

I, Pamela A. Snell, Assistant Corporate Secretary of HSBC Bank USA, National Association (the "Bank"), certify that Keith Gaume is a duly appointed and acting Vice President of the Bank and as such is authorized to execute and deliver all documents on behalf of the Bank pertaining to the recovery of abandoned or unclaimed property owned by the Bank in its own name or as successor-in-interest to any of its predecessor companies listed on Exhibit A attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Bank this 28th day of October, 2015.

[SEAL]

_____
Pamela A. Snell
Assistant Corporate Secretary

State of New York    )
County of Erie       )

On this 28th day of October, 2015, before me personally appeared Pamela A. Snell, to me known to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her authorized capacity and by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
Notary Public

```
LORRAINE B LUBECKI
No. 01LU6205277
Notary Public, State of New York
Qualified in Erie County
Commission Expires May 4, 2017
```

HSBC Bank USA, National Association
Office of the Secretary, 95 Washington Street, 1 South, Buffalo, NY 14203

EXHIBIT A

## PREDECESSOR COMPANIES

American Savings Bank
Anchor Savings Bank
Bronxville Federal Savings and Loan Association
Catskill National Bank and Trust Company
Central Savings and Loan Association of Albany
Central Queens Savings and Loan Association
Century Federal Savings and Loan Association
CM&M Group, Inc.
Community Bank, Lynbrook, New York
Delaware County Federal Savings and Loan Association
Dime Savings Bank
East River Savings Bank
Fair City Savings and Loan Association
First Commercial Bank of Philadelphia
First Federal Savings and Loan Association of Buffalo
First Federal Savings and Loan Association of Cape Cod
First Federal Savings and Loan Association of New York
First Federal Savings and Loan Association of Rochester
First Florida, FSB
First Florida Savings & Loan
Franklin Society Federal Savings and Loan Association
Gainsville Building & Loan Association
Gainsville Mutual Savings & Loan Association
Groveland State Bank
Homestead Federal Savings and Loan Association
Horseheads Savings and Loan Association
HSBC Bank USA
Ithaca Savings and Loan Association
Knickerbocker Federal Savings & Loan Association
Marine Midland Bank
Marine Midland Bank – Central
Marine Midland Bank – Chautauqua, National Association
Marine Midland Bank (Delaware) N.A.
Marine Midland Bank – Eastern, National Association
Marine Midland Bank, N.A.
Marine Midland Bank – New York
Marine Midland Bank – Northern
Marine Midland Bank – Rochester
Marine Midland Bank – Southern
Marine Midland Bank – Western



Marine Midland Bank of Southeastern New York, N.A.
Marine Midland Chautauqua National Bank
Marine Midland Grace Trust Company of New York
Marine Midland Mortgage Corporation
Marine Midland National Bank of Southeastern New York
Marine Midland National Bank of Troy
Marine Midland Tinker National Bank
Marine Midland Trust Company of Central New York
Marine Midland Trust Company of the Mohawk Valley
Marine Midland Trust Company of Northern New York
Marine Midland Trust Company of Rochester
Marine Midland Trust Company of Rockland County
Marine Midland Trust Company of Southern New York
Marine Midland Trust Company of Western New York
Middle Peninsula-Northern Neck Savings & Loan
Mt. Vernon Savings & Loan
Ninth Federal Savings and Loan Association
Oswego Savings and Loan Association
Pearl River Savings and Loan Association
Permanent Savings and Loan Association of Albany
Profit Savings and Loan Association
Railroad Cooperative Building and Loan Association
Railroad Federal Savings and Loan Association
Railroad Savings and Loan Association
Republic Bank of New York
Republic National Bank of New York
Spectrum Home Mortgage Corporation
Tinker National Bank
United Northern Federal Savings Bank
Voorheesville Savings and Loan Association
Walton Savings and Loan Association
Westchester
Western States Company

PAS/CorpRes/Gaume, Keith 10.27.15

# HSBC

**Keith Gaume**
Vice President
Head of Banking Operations

**HSBC Technology and Services**
2929 Walden Ave., Depew, NY 14043
Tel: (716) 841 7790  Fax: (716) 841 2391
Keith.Gaume@us.hsbc.com





**Pamela A. Snell**
Assistant Corporate Secretary
Office of the Secretary

**HSBC Bank USA, National Association**
95 Washington Street - 1SE, Buffalo, NY 14203
Tel: (716) 841 4169  Fax: (716) 841 5087
pamela.a.snell@us.hsbc.com

Arizona Corporation Commission
07/30/2012     State of Arizona Public Access System     8:18 AM

## Jump To...

Annual Reports    Scanned Documents    Amendments    Notices of Pending Revocation

[E-FILE An Annual Report Online << Click Here]

[FORMS For Annual Reports To Be Printed And Mailed << Click Here]

| Corporate Inquiry ||
|---|---|
| File Number: F-1576408-6 | Check Corporate Status |
| Corp. Name: HITG, INC. ||

### Domestic Address

1209 ORANGE ST

WILMINGTON, DE  19801

### Foreign Address

% CT CORPORATION SYSTEM

2394 E CAMELBACK RD

PHOENIX, AZ  85016

### Statutory Agent Information

Agent Name:  CT CORPORATION SYSTEM

Agent Mailing/Physical Address:

2394 E CAMELBACK RD

PHOENIX, AZ  85016

Agent Status: APPOINTED 01/12/2010

Agent Last Updated: 07/05/2012

### Additional Corporate Information

| | |
|---|---|
| Corporation Type: BUSINESS | Business Type: REAL ESTATE |
| Incorporation Date:  01/12/2010 | Corporate Life Period: PERPETUAL |
| Domicile: DELAWARE | County: MARICOPA |
| Approval Date: 02/05/2010 | Original Publish Date: 03/01/2010 |

## Officer Information

| | |
|---|---|
| STEVEN E SMITH<br>OTHER OFFICER<br>26525 N. RIVERWOODS BLVD.<br>METTAWA, IL  60045<br>**Date of Taking Office:** 12/13/2011<br>**Last Updated:** 01/23/2012 | JAMES STIEGEL<br>OTHER OFFICER<br>26525 N. RIVERWOODS BLVD.<br>METTAWA, IL  60045<br>**Date of Taking Office:** 12/13/2011<br>**Last Updated:** 01/23/2012 |
| ANNE M PETERSON<br>OTHER OFFICER<br>ONE HSBC CENTER<br>BUFFALO, NY  14203<br>**Date of Taking Office:** 05/31/2011<br>**Last Updated:** 01/23/2012 | CRAIG LASSEN<br>OTHER OFFICER<br>452 5TH AVE<br>NEW YORK, NY  10018<br>**Date of Taking Office:** 01/27/2010<br>**Last Updated:** 01/23/2012 |
| → PAMELA A SNELL<br>OTHER OFFICER<br>ONE HSBC CENTER<br>BUFFALO, NY  14203<br>**Date of Taking Office:** 01/27/2010<br>**Last Updated:** 01/23/2012 | TRICIA GRAHAM<br>OTHER OFFICER<br>ONE HSBC CENTER<br>BUFFALO, NY  14203<br>**Date of Taking Office:** 01/27/2010<br>**Last Updated:** 01/23/2012 |
| GERALD A NAGLE<br>PRESIDENT<br>ONE HSBC CENTER<br>BUFFALO, NY  14203<br>**Date of Taking Office:** 01/27/2010<br>**Last Updated:** 01/23/2012 | HELEN KUJAWA<br>SECRETARY<br>ONE HSBC CENTER<br>BUFFALO, NY  14203<br>**Date of Taking Office:** 01/27/2010<br>**Last Updated:** 01/23/2012 |
| FRED R SCHIMEL<br>VICE-PRESIDENT<br>26525 N RIVERWOODS BLVD<br>METTAWA, IL  60045<br>**Date of Taking Office:** 01/27/2010<br>**Last Updated:** 01/23/2012 | MARK P GIANSANTE<br>VICE-PRESIDENT<br>ONE HSBC CENTER<br>BUFFALO, NY  14203<br>**Date of Taking Office:** 01/27/2010<br>**Last Updated:** 01/23/2012 |
| RICHARD J WERNER<br>VICE-PRESIDENT<br>8-10 EAST 40TH ST<br>NEW YORK, NY  10018<br>**Date of Taking Office:** 01/27/2010<br>**Last Updated:** 01/23/2012 | |

## Director Information

| Form **W-9**<br>(Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
HSBC BANK USA N.A.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:
- [ ] Individual/sole proprietor or single-member LLC
- [x] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
  Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.
- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)
26525 N. RIVERWOODS BLVD.

**6** City, state, and ZIP code
METTAWA, IL 60045

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number: ___-__-____

or

Employer identification number: **20-1177241**

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**  Signature of U.S. person ▶ *James Stiegel*   James Stiegel   Date ▶ 1/6/2016
SVP State & Local Tax Planning

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

JSA
4W9050 2.000

Form **W-9** (Rev. 12-2014)