## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 11-11923-TPA |
| Randy J. Shelatz and Ana L. Shelatz | ) | |
| | ) | CHAPTER 13 |
| Debtor(s) | ) | |
| | ) | |
| HSBC Bank USA, National Association | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| Randy J. Shelatz and Ana L. Shelatz and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent(s) | | |

### ORDER FOR WITHDRAWAL OF FUNDS PAID INTO COURT

AND NOW, to-wit, this _____ day of _____, 2016, it is HEREBY ORDERED, ADJUDGED, and DECREED that the Motion to Pay Unclaimed Funds, filed by Warner Mariani, Esquire, and WARNER MARIANI, LLC, counsel for The Locator Services Group, Ltd., Attorney-In-Fact for HSBC Bank USA, National Association for the withdrawal of funds paid into the Court under 11 U.S.C. §347(a), having come on for consideration, after appropriate notice, the Court having considered the Motion finds that it should be granted and that the Claimant is entitled to the sum of $33,508.22 deposited in the United States Bankruptcy Court for the Western District of Pennsylvania. Accordingly, pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk for the Western District of Pennsylvania shall pay this unclaimed money in the amount of $33,508.22 to the order of:

HSBC Bank USA, National Association
c/o The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA 02210

Date: _____        _____
                                     Hon. Thomas P. Agresti
                                     Bankruptcy Judge