# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 11-11923-TPA |
| Randy J. Shelatz and Ana L. Shelatz | ) | |
| | ) | CHAPTER 13 |
| Debtor(s) | ) | |
| | ) | |
| HSBC Bank USA, National Association | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| Randy J. Shelatz and Ana L. Shelatz and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent(s) | | |

CERTIFICATE OF SERVICE OF
NOTICE OF HEARING WITH RESPONSE DEADLINE &
MOTION TO PAY UNCLAIMED FUNDS PURSUANT TO 28 U.S.C. §2042 &
CREDITOR'S MOTION TO REOPEN CASE UNDER 11 U.S.C. §350(b)

    I certify under penalty of perjury that I served the above captioned pleadings and notice of hearing with response deadline on the parties at the addresses specified below on June 29, 2016.

    The type of service made on the all the parties was via First Class Mail, postage pre-paid.

| | | |
|---|---|---|
| Randy J. Shelatz and Ana L. Shelatz<br>13111 Harmonsburg Road<br>Conneaut Lake, PA 16316 | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| United States Trustee's Office<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | United States Attorney's Office<br>United States Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | |

DATE: Wednesday, June 29, 2016

Respectfully Submitted:
WARNER MARIANI, LLC

/s/ Warner Mariani
Warner Mariani, Esquire
428 Forbes Avenue, Suite 555
Pittsburgh, PA 15219
(412) 281-3360
Pennsylvania Bar ID - #61968